# EXHIBIT 1

T931032924-DP931032925 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

Case 3:25-cv-30201-MGM    Document 9-2    Filed 12/18/25    Page 2 of 14

# RETAIL INSTALLMENT CONTRACT
## SIMPLE FINANCE CHARGE
### (WITH ARBITRATION PROVISION)

*LAW* **553-CT-ARB-e 10/23**

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| CARTER LUIS PIKE<br>162 PEASE RD<br>East Longmeadow, MA 01028 HAMPDEN<br>Cell: N/A<br>Email: STU433.CPIKE@GMAIL.COM | JENNIFER ALMEIDA PIKE<br>162 PEASE RD<br>East Longmeadow, MA 01028 HAMPDEN<br>Cell: N/A<br>Email: N/A | GALE TOYOTA, INC<br>50 PALOMBA DRIVE<br>P.O. BOX 1107<br>ENFIELD, CT 06082 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| Used | 2019 | Hyundai Tucson | KM8J2CA44KU877454 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural  ☐ N/A |

## TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 800.00 is |
|---|---|---|---|---|
| 14.99 % | $ 9,627.19 | $ 18,128.81 | $ 27,756.00 | $ 28,556.00 |

### Your Payment Schedule Will Be:
(e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 385.50 | Monthly beginning 05/27/2024 |
| N/A | $ N/A | N/A |
| N/A | | |

**Late Charge.** If payment is not received in full within ___10___ days after it is due, you will pay a late charge of $ ___10.00___ or ___5___ % of the part of the payment that is late, whichever is ___less___ .

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ___N/A___ Mos.

___N/A___
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X **A** ___N/A___

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI** insurance): If the preceding box is checked, we require VSI insurance for the initial term of the contract to protect us for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for our protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through us, **the cost of this insurance is $** ___N/A___ and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

**Finance Charge begins on the date of this contract unless the box in the next sentence is checked. If this box is checked, ☐ Finance Charge begins on** ___N/A___ **and we will not charge Finance Charge before this date, even if you pay late. Regardless of whether the box in the preceding sentence is checked, once Finance Charge begins, you will have to pay Finance Charge on the unpaid Amount Financed at the Annual Percentage Rate shown above. (See also Section 1.a. on page 3.)**

**If you make any required payment (including any deferred payment) more than 10 days late, you will have to pay a late charge as described above. If you make any required payment (including any deferred payment) late, we may also take the steps described in Sections 3.b. through 3.g. on pages 3 and 4.**

**By signing below, you agree that we told you what may happen if you do not make the first or any other required payment (including any deferred payment) on time.**

**Buyer Signs X** **B** _____    **Co-Buyer Signs X** **B** _____

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X **C** _____    Co-Buyer Signs X **C** _____

*Left margin:* TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

*Right margin:* TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

**ITEMIZATION OF AMOUNT FINANCED**

1  Cash Price (including $ _____1,091.81_____ sales tax)                         $ _____16,179.81_____ (1)

2  Total Downpayment =

   Trade-In _____2005_____   _____Volvo_____   _____S80_____
           (Year)         (Make)          (Model)

   Gross Trade-In Allowance                                      $ _____300.00_____
   Less Pay Off Made By Seller to _____N/A_____                  $ _____0.00_____
   Equals Net Trade In                                           $ _____300.00_____
   + Cash                                                        $ _____500.00_____
   + Other _____N/A_____                                         $ _____N/A_____
   + Other _____N/A_____                                         $ _____N/A_____
   + Other _____N/A_____                                         $ _____N/A_____
   (If total downpayment is negative, enter "0" and see 4I below)   $ _____800.00_____ (2)

3  Unpaid Balance of Cash Price (1 minus 2)                       $ _____15,379.81_____ (3)

4  Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):

   A  Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
      Life                            $ _____N/A_____
      Disability                      $ _____N/A_____           $ _____N/A_____
   B  Vendor's Single Interest Insurance Paid to Insurance Company   $ _____N/A_____
   C  Other Optional Insurance Paid to Insurance Company or Companies  $ _____N/A_____
   D  Optional Gap Contract                                      $ _____N/A_____
   E  Official Fees Paid to Government Agencies
      to _____N/A_____          for _____N/A_____                $ _____N/A_____
      to _____N/A_____          for _____N/A_____                $ _____N/A_____
      to _____N/A_____          for _____N/A_____                $ _____N/A_____
   F  Government Taxes Not Included in Cash Price                $ _____N/A_____
   G  Government License and/or Registration Fees
      _____N/A_____
      Registration Fee : $  50.00                               $ _____50.00_____
   H  Government Certificate of Title Fees                       $ _____50.00_____
   I  Other Charges (Seller must identify who is paid and describe purpose)
      to _____N/A_____          for Prior Credit or Lease Balance   $ _____N/A_____
      to _____CAREGARD_____     for _____Service Contract_____   $ _____2,000.00_____
      to _____Dealer_____       for _____Conveyance Fee_____     $ _____649.00_____
      to _____N/A_____          for _____N/A_____                $ _____N/A_____
      to _____N/A_____          for _____N/A_____                $ _____N/A_____
      to _____N/A_____          for _____N/A_____                $ _____N/A_____
      to _____N/A_____          for _____N/A_____                $ _____N/A_____
      to _____N/A_____          for _____N/A_____                $ _____N/A_____
      to _____N/A_____          for _____N/A_____                $ _____N/A_____
      to _____N/A_____          for _____N/A_____                $ _____N/A_____
      to _____N/A_____          for _____N/A_____                $ _____N/A_____
      to _____N/A_____          for _____N/A_____                $ _____N/A_____
      Total Other Charges and Amounts Paid to Others on Your Behalf  $ _____2,749.00_____ (4)

5  Amount Financed (3 + 4)                                       $ _____18,128.81_____ (5)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____N/A_____ , Year _____N/A_____ . SELLER'S INITIALS **D** _____N/A_____

**Returned Payment Charge:** If the cash price of the vehicle is more than $75,000, you agree to pay a charge of $ _____20_____ if any check you give us is dishonored or any electronic payment is returned unpaid.

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked on page 1 of this contract.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**
**Optional Credit Insurance**
☐ Credit Life:    ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

Premium:
   Credit Life $ _____N/A_____
   Credit Disability $ _____N/A_____
Insurance Company Name _____N/A_____
Home Office Address _____N/A_____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed.
Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**
☐ _____N/A_____              _____N/A_____
   Type of Insurance           Term
Premium $ _____N/A_____
Insurance Company Name _____N/A_____
Home Office Address _____N/A_____

☐ _____N/A_____              _____N/A_____
   Type of Insurance           Term
Premium $ _____N/A_____
Insurance Company Name _____N/A_____
Home Office Address _____N/A_____

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X **E** _____N/A_____                        _____N/A_____
Buyer Signature                              Date

X **E** _____N/A_____                        _____N/A_____
Co-Buyer Signature                           Date

**THE INSURANCE INCLUDED IN THIS CONTRACT DOES NOT PROVIDE COVERAGE FOR PERSONAL LIABILITY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

## OTHER IMPORTANT AGREEMENTS

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

1. **FINANCE CHARGE AND PAYMENTS**

   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

2. **YOUR OTHER PROMISES TO US**

   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

   c. **Security Interest.**
   You give us a security interest in:
   - The vehicle and all parts or goods put on it;
   - All money or goods received (proceeds) for the vehicle;
   - All insurance, maintenance, service, or other contracts we finance for you; and
   - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

   This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

   d. **Insurance you must have on the vehicle.**
   You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as loss payee.

If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, if less, the highest rate the law permits.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

   If you pay late, we may also take the steps described below.

   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once subject to any right the law gives you to reinstate this contract. Default means:
   - You do not pay any payment on time;
   - You give false, incomplete, or misleading information during credit application;
   - You start a proceeding in bankruptcy or one is started against you or your property, unless you are an individual and the bankruptcy is under Chapter 7 of the US Bankruptcy Code (11 U.S.C. Sections 701-727);
   - Your debt, or the obligation to pay any part of the amount you owe under this contract, is discharged in a bankruptcy; or
   - You break any agreements in this contract.

   The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

   c. **You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's reasonable fees and court costs, as the law allows. The maximum attorney's fee you will pay will be 15% of the amount due and payable under this contract.

   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, in many situations the law gives you the right to pay to get it back. We will tell you what you have to do to get the vehicle back.

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

T931032924-DP931032925  - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 04/12/2024 07:00:40 PM GMT

f. **We will sell the vehicle if you do not get it back.** If you do not do what is required to get the vehicle back, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are the actual and reasonable expenses we pay as a direct result of taking the vehicle, storing it, and selling it. Attorney fees and court costs the law permits are also allowed expenses.

If any money is left (surplus), we will pay it to you. If not, we will apply the greater of the money from the sale or the market value of the vehicle, less allowed expenses, to the amount you owe.

If the amount we apply (less allowed expenses) is not enough to pay all you owe, you must pay the rest to us, unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay. The market value of the vehicle will be figured as the law requires.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4. WARRANTIES SELLER DISCLAIMS**
The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. It does **not** apply at all if you bought the vehicle primarily for personal, family, or household use.

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

**5. Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

**6. SERVICING AND COLLECTION CONTACTS**
In consideration of our extension of credit to you, you agree to provide us your contact information for our servicing and collection purposes. You agree that we may use this information to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You agree to allow our agents and service providers to contact you as agreed above.

You agree that you will, within a reasonable time, notify us of any change in your contact information.

**7. APPLICABLE LAW**
Federal law and the law of the state of Connecticut apply to this contract.

**8. NEGATIVE CREDIT REPORT NOTICE**
**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

---

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

T931032924-DP931032925 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN YOU AND US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**

2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**

3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, any allegation of waiver of rights under this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this Vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator only on an individual basis and not as a plaintiff in a collective or representative action, or a class representative or member of a class on any class claim. The arbitrator may not preside over a consolidated, representative, class, collective, injunctive, or private attorney general action. You expressly waive any right you may have to arbitrate a consolidated, representative, class, collective, injunctive, or private attorney general action. You or we may choose the American Arbitration Association (www.adr.org) or National Arbitration and Mediation (www.namadr.com) as the arbitration organization to conduct the arbitration. If you and we agree, you or we may choose a different arbitration organization. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this transaction was originated. We will pay the filing, administration, service, or case management fee and the arbitrator or hearing fee up to a maximum of $5,000, unless the law or the rules of the chosen arbitration organization require us to pay more. You and we will pay the filing, administration, service, or case management fee and the arbitrator or hearing fee over $5,000 in accordance with the rules and procedures of the chosen arbitration organization. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. §§ 1 et seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate any related or unrelated claims by filing any action in small claims court, or by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual or statutory public injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. You agree that you expressly waive any right you may have for a claim or dispute to be resolved on a class basis in court or in arbitration. If a court or arbitrator finds that this class arbitration waiver is unenforceable for any reason with respect to a claim or dispute in which class allegations have been made, the rest of this Arbitration Provision shall also be unenforceable.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.          Buyer Signs **X F** _Carter Pike_          Co-Buyer Signs **X F** _Jennifer Pike_

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**See the rest of this contract for other important agreements.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision above, before signing below. You confirm that you received a true and completely filled-in copy when you signed it.**

**NOTICE TO THE BUYER: 1. Do not sign this contract before you read it or if it contains any blank space. 2. You are entitled to a completely filled-in copy of the contract when you sign it. 3. Under the law, you have the following rights, among others: (a) To pay off in advance the full amount due and obtain a partial refund of any unearned finance charge; (b) to redeem the property if repossessed for a default; (c) to require, under certain conditions, a resale of the property if repossessed.**

Buyer Signs **X G** _Carter Pike_          Date 04/12/2024          Co-Buyer Signs **X G** _Jennifer Pike_          Date 04/12/2024
Buyer Printed Name __CARTER LUIS PIKE__          Co-Buyer Printed Name __JENNIFER ALMEIDA PIKE__

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name __N/A__          Title __N/A__

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here **X H** __N/A__          Address __N/A__
Seller signs __GALE TOYOTA, INC__          Date __04/12/2024__          By **X H** _[signature]_          Title __Finance Manager__

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY (left margin)

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY (right margin)

**LAW** FORM NO. 553-CT-ARB-e (REV. 10/23)
©2023 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.          *LAW 553-CT-ARB-e 10/23 v1*    Page 5 of 5

T931032924-DP931032925 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 04/12/2024 07:00:40 PM GMT

# EXHIBIT 2

**RouteOne®**

## ASSIGNMENT AND ASSUMPTION AGREEMENT

| Name and Address of Dealer/Creditor ("Dealer/Creditor") | Name and Address of Assignee ("Assignee") |
|---|---|
| GALE TOYOTA, INC<br>50 PALOMBA DRIVE, P.O. BOX 1107<br>ENFIELD, CT 06082 | Westlake Financial Services<br>4751 Wilshire Ave. Suite 100<br>Los Angeles, CA 90010 |

| Name and Address of Customer(s) ("Customer(s)") | Date of Contract ("Contract Date") |
|---|---|
| CARTER LUIS PIKE<br>162 PEASE RD<br>East Longmeadow, MA 01028 HAMPDEN<br>JENNIFER ALMEIDA PIKE<br>162 PEASE RD<br>East Longmeadow, MA 01028 HAMPDEN | 04/12/2024 |

| Vehicle Year | Make | Model | VIN | (the "Vehicle") |
|---|---|---|---|---|
| 2019 | Hyundai | Tucson | KM8J2CA44KU877454 | |

This Assignment and Assumption Agreement (the "Assignment Agreement") is made by the Dealer/Creditor in favor of Assignee, each as identified above, in connection with the retail installment contract ("Retail Installment Contract") or lease agreement ("Lease Agreement") entered into by and between Dealer/Creditor and Customer(s) identified above, and dated as of the Contract Date (such Retail Installment Contract or Lease Agreement, the "Contract"). For value received, the Dealer/Creditor hereby sells, assigns, transfers and conveys to Assignee, and its successors and assigns, all of Dealer/Creditor's right, title and interest in, to and under the Contract and, as applicable (i) all liens and security interests in and to the Vehicle securing the Retail Contract or (ii) all right, title and interest in and to the Vehicle that is the subject of the Lease Agreement.

This Assignment Agreement is made pursuant to, and is subject in all respects, to the applicable dealer agreement between Dealer/Creditor and Assignee (the "Dealer Agreement"). Dealer/Creditor expressly reaffirms all of its representations, warranties, covenants and other obligations under the Dealer Agreement, including all of those relating to the Contract. This Assignment Agreement shall not in any way relieve Dealer/Creditor from any liability for the breach of any representations, warranties, covenants, or obligations contained in the Contract or the Dealer Agreement. Assignee may rely that the signatory of the Dealer/Creditor has authority on behalf of Dealer/Creditor to execute this Assignment Agreement. Assignee shall be presumed to have accepted the terms of this Assignment Agreement by purchasing or otherwise accepting the Contract tendered by the Dealer/Creditor in the manner agreed to by the parties.

**IN WITNESS WHEREOF,** Dealer/Creditor hereby executes and delivers this Assignment Agreement to and for the benefit of Assignee as of the date set forth below.

GALE TOYOTA, INC                                    Date: _____

By: **A** _mullett_ _____

Printed Name: _Chelsea Chittick_ _____          Title: _____

**US-AA01-EN V1**

**TEL (860) 741-3761**
**TOLL FREE 1-800-649-8454**
**CUST. EMAIL** STU433.CPIKE@GMAIL.C

# GALE TOYOTA
**50 PALOMBA DRIVE**
**P.O. BOX 1107**
**ENFIELD, CONNECTICUT 06083-1107**

CUST# 100423
DEAL# 96525
CT Dealer License #N563

**RETAIL PURCHASE ORDER**
**FOR MOTOR VEHICLE**

Date 04/12/2024
Salesman ROBERT H KITTELL
Cell Phone 413-404-1069
Phone 413-404-1069

Purchaser's Name CARTER LUIS PIKE OR JENNIFER ALMEIDA PIKE

Address 162 PEASE RD    City EAST LONGMEADOW    State MA    Zip 01028

Please Enter ☐ DEMO ☐ PRIOR LEASE/RENTAL
My Order For ☒ USED ☐ NEW 2019 HYUNDAI TUCSON (YEAR & MAKE)    (MODEL)    4 (CYL)    Stock No. 110251B
To Be Delivered On or About 04/12/24

Ident. No. KM8J2CA44KU877454    Trim SE    Color SILVER
BODY TYPE SE AWD    DATE OF BIRTH 06/03/05

**THE MILEAGE AS SHOWN ON THE ODOMETER OF THE MOTOR VEHICLE TO BE PURCHASED IS:** 89233

FILL OUT THIS SECTION IF USED CAR OR TRUCK IS TO BE TRADED IN AS PART PAYMENT AND DO WARRANT THE TITLE THERETO TO BE FREE AND CLEAR, EXCEPT FOR THE UNPAID BALANCE, AS SHOWN, AND TO THE BEST OF MY KNOWLEDGE. I, THE UNDERSIGNED, STATE THAT THE MILEAGE AS SHOWN ON THE ODOMETER, 144381 IS THE ACTUAL MILEAGE WHICH THE CAR HAS BEEN DRIVEN.

Make & Year Of Used 2005 Car/Truck VOLVO    Reg. No.
Model S80    Cyl. 5    Body Type 4DR SDN 2.    Color SILVER
Ident. No. YV1TS592451414063    Title No.
Allowance $ 300.00    Balance Owed $ N/A
To Whom Owed
Net Allowance $ 300.00

☐ NO INSURANCE IS INCLUDED IN THIS ORDER
☐ Enter My Order For Insurance as follows:
☐ Fire and Theft $    ☐ Collision Amount Deductible $    ☐ Property Damage $
☐ Life $    ☐ Accident and Health $    ☐ Auto Medical $

My Insurance Company is GEICO
CT. Insurance I.D. No.
Purchaser's Signature
OPERATOR'S LIC. NO. SA6590369

☐ **THIS MOTOR VEHICLE NOT GUARANTEED BY GALE TOYOTA, INC. THIS MOTOR VEHICLE IS SUBJECT TO A LIMITED WARRANTY** OF TOYOTA MOTORS, LTD., FOR 36,000 MILES OR 36 MONTHS, WHICHEVER OCCURS FIRST. COPY GIVEN CUSTOMER.

**"AS IS"**
THIS MOTOR VEHICLE IS SOLD "AS IS". THIS MEANS THAT YOU WILL LOSE YOUR IMPLIED WARRANTIES. YOU WILL HAVE TO PAY FOR ANY REPAIRS NEEDED AFTER SALE. IF WE HAVE MADE ANY PROMISES TO YOU, THE LAW SAYS WE MUST KEEP THEM, EVEN IF WE SELL "AS IS". TO PROTECT YOURSELF, ASK US: (1) TO PUT ALL PROMISES INTO WRITING, AND (2) IF WE OFFER A WARRANTY ON THIS VEHICLE.

X _____
CUSTOMER SIGNATURE

**$3,000 OR MORE BUT LESS THAN $5,000**
☐ THIS MOTOR VEHICLE IS GUARANTEED TO BE MECHANICALLY OPERATIONAL AND SOUND FOR A PERIOD OF 30 DAYS OR 1,500 MILES WHICHEVER PERIOD ENDS FIRST. THIS GUARANTEE SHALL INCLUDE THE FULL COST OF BOTH PARTS AND LABOR. ALL LABOR MUST BE PERFORMED IN OUR SHOP. NO OUTSIDE INVOICE FOR REPAIRS CAN BE HONORED BY US.

**$5,000 OR MORE**
☒ THIS MOTOR VEHICLE IS GUARANTEED TO BE MECHANICALLY OPERATIONAL AND SOUND FOR A PERIOD OF 60 DAYS OR 3,000 MILES WHICHEVER PERIOD ENDS FIRST. THIS GUARANTEE SHALL INCLUDE THE FULL COST OF BOTH PARTS AND LABOR. ALL LABOR MUST BE PERFORMED IN OUR SHOP. NO OUTSIDE INVOICE FOR REPAIRS CAN BE HONORED BY US.

**OPTIONAL**
☐ THIS MOTOR VEHICLE IS GUARANTEED TO BE MECHANICALLY OPERATIONAL AND SOUND FOR A PERIOD OF 6 MONTHS OR 6,000 MILES WHICHEVER PERIOD ENDS FIRST. THIS GUARANTEE SHALL INCLUDE THE FULL COST OF BOTH PARTS AND LABOR. ALL LABOR MUST BE PERFORMED IN OUR SHOP. NO OUTSIDE INVOICE FOR REPAIRS CAN BE HONORED BY US.

☐ OTHER

NAME AND ADDRESS OF LIENHOLDER:
NAME: WESTLAKE FINANCIAL SERVICES
STREET: PO BOX 997592
CITY: SACRAMENTO CA    ZIP 95899

THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

PLEASE FINANCE AS FOLLOWS:
Name of Co. WESTLAKE FINANCIAL SERVICES
Contract { 72 PAYMENTS    At $ 385.50
Payment {    At $
First Payment Due MAY 27th    20 24

| | Amount |
|---|---|
| SELLING PRICE OF CAR OR TRUCK | 14799.00 |
| EXTRA OR OPTIONAL EQUIPMENT | |
| ETCHGARD ETCH PROTECTION | 289.00 |
| SERVICE CONTRACT | 2000.00 |
| VIN ETCH | ~~289.00~~ |
| CASH PRICE | 17088.00 |
| SALES TAX | 1091.81 |

**THE DEALER CONVEYANCE "FEE" IS NOT PAYABLE TO THE STATE OF CT. THIS FEE IS NEGOTIABLE**

| | | | | | | Amount |
|---|---|---|---|---|---|---|
| DEALER CONVEYANCE FEE | | | | | | 649.00 |
| LIC | REG | TRANS. | TITLE | LIEN | CLEAN AIR FEE | |
| N/A | 50.00 | N/A | 50.00 | N/A | N/A | 100.00 |

CT TRADE-IN FEE (Payable to State of CT)

| | | Amount |
|---|---|---|
| 1. TOTAL CASH PRICE DELIVERED | | 18928.81 |

| | | | |
|---|---|---|---|
| 2. CASH DOWN PAYMENT | DEPOSIT SUBMITTED WITH ORDER | N/A | |
| | MANUFACTURER'S REBATE | N/A | |
| | CASH ON DELIVERY | 500.00 | |

**NO REFUND OF DEPOSIT**

| | | Amount |
|---|---|---|
| 3. TRADE IN | | 300.00 |
| LESS | BALANCE OWING TO | N/A |
| 4. TOTAL DOWNPAYMENT (2 + 3) | | 800.00 |
| 5. UNPAID BALANCE OF CASH PRICE (1 - 4) | | 18128.81 |
| 6. OTHER CHARGES | INSURANCE | N/A |
| | VENDOR'S SINGLE INTEREST FEE | N/A |
| 7. **AMOUNT FINANCED** (5 + 6) (The amount of credit provided to you or on your behalf) | | 18128.81 |
| 8. FINANCE CHARGE * (THE DOLLAR AMOUNT THE CREDIT WILL COST YOU) | | 9627.19 |
| 9. **TOTAL OF PAYMENTS** (7 + 8) (The amount you will have paid after you have made all payments as scheduled) | | 27756.00 |
| 10. TOTAL SALE PRICE (1 + 6 + 8) (The total cost of your purchase on credit including your down payment of $ ) | | 28556.00 |
| 11. ANNUAL PERCENTAGE RATE | 14.99 | |

I have read the terms and conditions on the back hereof and agree to them as a part of this order the same as if they were printed above my signature. The front and back hereof comprise the entire agreement affecting this order and no other agreement or understanding of any nature concerning same has been made or entered into. I hereby acknowledge receipt of a copy of this order, and certify that I am of legal age. **THIS ORDER SHALL NOT BE BINDING UPON THE SELLER UNTIL IT IS ACCEPTED BY ITS AUTHORIZED OFFICER AS SHOWN BY HIS SIGNATURE ON THE ORIGINAL ORDER ON THE FORM BELOW.**

Purchaser's Signature: And I have received a copy of this order _____
Accepted By: _____
By CHELSEA CHITTICK - BUSINESS MANAGER    Dealer Recommended By: _____ (Name and Title)    Date 04/12/2024

**FINAL PAYMENT CASH OR CERTIFIED CHECK**    *SEE OTHER SIDE FOR ADDITIONAL TERMS AND CONDITIONS*

The Reynolds and Reynolds Company  FL607889_e  Q (09/21)

THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

## ADDITIONAL TERMS AND CONDITIONS

"I", "Me," and "My" refer to the Buyer and Co-Buyer. "You" and "Your" refer to the Seller.

I agree that this order is subject to the following terms:

**1. <u>Trade-In Credit May Change.</u>** If I do not deliver the trade-in vehicle to you when this agreement is signed, I understand that the trade-in credit shown on the front of this agreement may be changed by you. If the trade-in credit is reduced and I am not satisfied, I understand that I can cancel this agreement if the purchased vehicle has not been registered in my name or delivered to me.

**2. <u>Trade-In: Buyers Obligations.</u>** At the time I deliver the trade-in vehicle to you I agree to give you satisfactory proof that I own the vehicle and to sign a mileage certification statement for the trade-in vehicle. I warrant (guarantee) (a) that there are no liens or encumbrances on the trade-in vehicle except as shown on the face of this agreement; (b) that the trade-in does not have a welded or bent frame and that the motor block is not cracked, welded or repaired; (c) that the vehicle has not been flood damaged or declared a total loss for insurance purposes; and (d) that the emission controls have not been removed or tampered with.

**3. <u>Delivery.</u>** I understand that if this order covers a new motor vehicle it is subject to your ability to get delivery from your manufacturer or distributor. I agree to pay any increase in price made by the manufacturer or distributor at any time before the date of delivery. I further agree to pay any and all State and Federal Excise and Sales Taxes and any other taxes that may be imposed by either Federal or State authorities which are applicable to the sale of this motor vehicle. I understand that if the manufacturers or distributors advertised price is reduced before I am notified that the motor vehicle is ready for delivery, then I shall be entitled to the benefit of any such reduction.

**4. <u>Acceptance of Delivery</u>.** I agree to accept and pay for said motor vehicle within five days after I am notified that it is ready for delivery.

**5. <u>Buyer's Refusal to Purchase</u>.** If I fail to accept delivery of said motor vehicle within five days after I have been notified that it is ready for delivery, then I understand that any deposit which I have made with this order, whether by cash or by another motor vehicle turned in for trade, shall be forfeited to you and be kept by you and at your option shall constitute liquidated damages for my breach of this agreement.

**6. <u>Delays in Delivery.</u>** I understand that if this order is for a new motor vehicle which you do not have in stock at the time this order is placed and you are unable to procure such motor vehicle within ninety days from the date specified for delivery in this order, then I may cancel this order, at any time, after giving you ten days notice within which you may deliver said motor vehicle. If this order is so cancelled, I shall be entitled to the return of any deposit made by me, in cash, and if a used motor vehicle has been turned in as part payment I shall be entitled to receive the return of such motor vehicle if it has not been sold, provided I shall pay you for any sums spent to recondition it, but if said motor vehicle has been sold, you shall be entitled to deduct from the sale price of such motor vehicle twenty percent of the sale price, plus cost of reconditioning.

**7. <u>Change of Design.</u>** I understand that the manufacturer has the right to change the design of the vehicle, its chassis, accessories or any parts without notice to You or Me. In the event of such a change by the manufacturer, You shall have no duty to Me except to deliver the vehicle as made by the manufacturers.

**8. <u>No Other Agreements.</u>** There are no understandings between you and me other than those set forth in this Agreement and attachments to this Agreement if there are any.

The Reynolds and Reynolds Company   FL607889_e   Q (09/21)

THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

# EXHIBIT 3

252050414P001000616

**CJ'S TOWING UNLIMITED, INC.**
350 PASCO ROAD
SPRINGFIELD, MA 01151



HARTFORD CT 060

15 JUL 2025 PM 5

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 01151
02 7H
0006145903    JUL 14 2025

$ 000.74⁰



JUL 22 · ·

95899-759292

252050414P001000616

**CJ'S TOWING UNLIMITED INC.**
350 PASCO ROAD
SPRINGFIELD MA 01151
413-543-9100

07/14/2025
Ref #: 416641                                              CF

LIENHOLDER:                                OWNER:
WESTLAKE FINANCIAL SERVICES                CASSIDY PIKE/JENNIFER PIKE
PO BOX 997592                              162 PEASE ROAD
SACRAMENTO, CA 95899                       EAST LONGMEADOW, MA 01028

FIRST NOTICE TO OWNER OF VEHICLE TOWED

MASS GENERAL LAW 255 SEC. 39A

YEAR:  2019        MAKE: HYUNDAI        MODEL: Tucson

COLOR: SILVER      LIC. NO.: 2EVS16     STATE:  MA

VEHICLE ID NO.: KM8J2CA44KU877454       DATE OF TOW: 07/08/25

The vehicle described above has been towed to our storage facility as
a  result of a police order or private tow.  You are the last owner
of record for the vehicle,  presently  it has a tow charge of:

$   270.40 Towing and any Misc. Fees
$ @USRDEF@ City Administration Fee
$   35.00 Storage Per Day
(Fees effective when vehicle arrives in yard)

If your insurance company is going to pay these charges, please notify
them within 48 hours.  You, the owner, however are
ultimately resposible for all towing, administrative, storage, legal
and disposal fees.   Charges must be PAID IN FULL  or you will
be cited for abandoning a motor vehicle under MASS. GENERAL LAW 90
SEC. 22C, which carries a $1000.00 fine for the first offense.

If you are the owner you may pick up your vehicle 24 hours a day with
proof of ownership and a proper ID, as long as there are no Police
Holds placed on the vehicle.   If you are the owner and wish another
person  or business to retrieve your vehicle, you must sign a
release form or give that person a NOTARIZED letter stating
that you wish that person to retrieve your vehicle.  In the event
that your vehicle needs to be towed out we will be glad to provide
that service at an additional cost. If you desire to dispose of your
vehicle we will be happy to assist you.
You should not ignore this notification!  The storage on the vehicle
stops when the vehicle leaves the premises.

2